Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Trafford Evanoff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRAFFORD EVANOFF, ) | |
| ) | |
| Defendant. ) | |
| ) Case No. 3:26-po-00003-MMS | |

## UNOPPOSED MOTION TO VACATE PRE-TRIAL MOTION DEADLINE

COMES NOW, Trafford Evanoff, by and through his counsel of record, Michael A. Moberly of Hozubin, Moberly & Associates, respectfully requests the Court to vacate the pretrial motion deadline scheduled for February 20, 2026. Discovery remains ongoing and Defendant just recently received discovery materials on February 16, 2026, that require further review.

Undersigned counsel has communicated with Assistant U.S. Attorney Christopher Schroeder, counsel for the Government, and he does not oppose this motion.

DATED this 18th day of February, 2026.

HOZUBIN, MOBERLY & ASSOCIATES
Attorneys for Trafford Evanoff

By: /s/ Michael A. Moberly
Hozubin, Moberly, & Associates
711 M Street, Suite 2
Anchorage, AK 99501
Telephone: 907-276-5297
Facsimile: 907 276-5291
E-mail: mike@akdefenselaw.com
Alaska Bar No. 9612073

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February, 2026, a true and correct copy of the foregoing was electronically served on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY, & ASSOCIATES

By: /s/ Michael A. Moberly
9200.033/court docs/Mtn to Vacate Pretrial Deadlines

Unopposed Motion to Vacate Pre-Trial Motion Deadline
*United States of America v. Trafford Evanoff*
3:26-po-00003-MMS
Page 2

Case 3:26-po-00003-MMS   Document 4   Filed 02/18/26   Page 2 of 2