Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Trafford Evanoff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TRAFFORD EVANOFF, | ) ) |
| Defendant. | ) ) ) Case No. 3:26-po-00003-MMS |

### (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO VACATE PRE-TRIAL MOTION DEADLINE

After consideration of Trafford Evanoff's *Unopposed Motion to Vacate Pre-Trial Motion Deadline*, the court GRANTS the motion.

The Pre-Trial Motion Deadline in this case shall be due on _____.

ORDERED this _____ day of _____, 2026.

_____
The Honorable Matthew Scoble
Chief United States Magistrate Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on the 18th day of February, 2026, a true and correct copy of the foregoing was electronically served on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY, & ASSOCIATES

By:___/s/ Michael A. Moberly_____
9200.033/court docs/Mtn to Vacate Pretrial Deadlines - Order

Order Granting Unopposed Motion to Vacate Pre-Trial Motion Deadline
*United States of America v. Trafford Evanoff*
3:26-po-00003-MMS
Page 2

Case 3:26-po-00003-MMS   Document 4-1   Filed 02/18/26   Page 2 of 2