Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Trafford Evanoff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TRAFFORD EVANOFF, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:26-po-00003-MMS |

**UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT TRIAL SCHEDULING CONFERENCE**

COMES NOW, Trafford Evanoff, by and through his counsel of record, Michael A. Moberly of Hozubin, Moberly & Associates, respectfully requests the Court for permission to appear telephonically at the Trial Scheduling Conference scheduled for March 12, 2026 at 11:00 A.M. Because the hearing is meant for the parties to discuss outstanding matters and set future court dates and deadlines, it seems unnecessary for Mr. Evanoff, who lives in Soldotna, Alaska, to attend the hearing in-person.

Undersigned counsel emailed with Assistant U.S. Attorney Christopher Schroeder, counsel for the Government, and he does not oppose this motion.

DATED this 9th day of March, 2026.

> HOZUBIN, MOBERLY & ASSOCIATES
> Attorneys for Trafford Evanoff
>
> By: /s/ Michael A. Moberly
> Hozubin, Moberly, & Associates
> 711 M Street, Suite 2
> Anchorage, AK 99501
> Telephone: 907-276-5297
> Facsimile: 907 276-5291
> E-mail: mike@akdefenselaw.com
> Alaska Bar No. 9612073

**CERTIFICATE OF SERVICE**
I hereby certify that on the 9th day of March, 2026, a true and correct copy of the foregoing was electronically served on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY, & ASSOCIATES

By: /s/ Michael A. Moberly
9200.033/court docs/Mtn to Appear Telephonic

Unopposed Motion to for Leave to Appear Telephonically at Trial Scheduling Conference
*United States of America v. Trafford Evanoff*
3:26-po-00003-MMS
Page 2

Case 3:26-po-00003-MMS   Document 7   Filed 03/09/26   Page 2 of 2