Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Trafford Evanoff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRAFFORD EVANOFF, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:26-po-00003-MMS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE DEFENSE MOTION**

COMES NOW, Trafford Evanoff, by and through his counsel of record, Michael A.

Moberly of Hozubin, Moberly & Associates, respectfully moves this Court for a 7-day

extension of time to file his first defense motion.

On March 12, 2026, this Court held a joint Status Conference in this case and in

United States v. McIndoe, No. 3:26-po-00002-MMS. This Court ordered the Government

to produce all discovery by April 20 in both cases. This Court also set a defense motion deadline of May 4, with the Government's response due by May 11.

On April 13, the Government produced a substantial amount of new discovery to Mr. Evanoff. Because this new discovery has required additional time to review and analyze, Mr. Evanoff requests a short extension of time to file his defense motion.

The current deadline was May 4. If this extension is granted, Mr. Evanoff will file his motion by May 11.

The undersigned counsel has conferred with counsel for the Government, who indicated that the Government does not oppose this motion. It is the parties' intention that further scheduling and pre-trial issues be discussed at the May 18 Trial scheduling Conference.

DATED this 5th day of May, 2026.

HOZUBIN, MOBERLY & ASSOCIATES
Attorneys for Trafford Evanoff


By: ___/s/ Michael A. Moberly_____
Hozubin, Moberly, & Associates
711 M Street, Suite 2
Anchorage, AK 99501
Telephone: 907-276-5297
Facsimile: 907 276-5291
E-mail: mike@akdefenselaw.com
Alaska Bar No. 9612073

Unopposed Motion for Extension of Time to File Defense Motion
*United States of America v. Trafford Evanoff*
3:26-po-00003-MMS
Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2026, a true and correct copy of the foregoing was electronically served on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY, & ASSOCIATES

By:___/s/ Michael A. Moberly_____
9200.033/court docs/Unopp EOT to File Mtn

Unopposed Motion for Extension of Time to File Defense Motion
*United States of America v. Trafford Evanoff*
3:26-po-00003-MMS
Page 3

Case 3:26-po-00003-MMS    Document 14    Filed 05/05/26    Page 3 of 3