Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email:  mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Trafford Evanoff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRAFFORD EVANOFF, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:26-po-00003-MMS |

## (PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR <u>EXTENSION OF TIME TO FILE DEFENSE MOTION</u>

After consideration of Trafford Evanoff's *Unopposed Motion for Extension of Time to File Defense Motion*, the Court finds the motion well taken. The Motion is GRANTED. The Defendant's new motion deadline is May 11, 2026. The Court will address new pretrial deadlines at the May 18, 2026 Status/Trial Scheduling Conference.

ORDERED this _____ day of _____, 2026.

_____
The Honorable Matthew Scoble
Chief United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2026, a true and correct copy of the foregoing was electronically served on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY, & ASSOCIATES

By:___/s/ Michael A. Moberly_____

9200.033/court docs/Unopp EOT to File Mtn - Order

Order Granting Unopposed Motion for Extension of Time to File Defense Motion
*United States of America v. Trafford Evanoff*
3:26-po-00003-MMS
Page 2

Case 3:26-po-00003-MMS    Document 14-1    Filed 05/05/26    Page 2 of 2