Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Trafford Evanoff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| \UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>TRAFFORD EVANOFF,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:26-po-00003-MMS |

**(PROPOSED) ORDER FOR BILL OF PARTICULARS**

The Defendant's Motion for Bill of Particulars is GRANTED. Within 14 days of this Order, the Government shall file a bill of particulars, identifying (1) the persons with whom the Defendant is alleged to have interfered; (2) the specific "authorized activities" in which those persons were engaged; and (3) the specific actions that the Defendant is alleged to have taken that constituted alleged interference with those persons.

IT IS SO ORDERED.

_____
Dated

_____
The Honorable Michael M. Scoble
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2026, a true and correct copy of the foregoing was electronically served on the following:

PARTIES OF RECORD

By:___ /s/ Michael A. Moberly_____
9200.033/court docs/Order for Bill of Particulars

(Proposed) Order for Bill of Particulars
*United States of America v. Trafford Evanoff*
3:26-po-00003-MMS
Page 2